UNITED STATES DISTRICT COURT    **FILED**
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION    **MAR 1 6 2007**

CASE NO: 5:07-M-1167    DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA    )
)
V.    )
) CRIMINAL INFORMATION
REGINA PIPER    )
Fort Bragg, NC 28310    )

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about January 11, 2007, on the Fort Bragg Military

Reservation, an area within the special maritime and territorial

jurisdiction of the United States and within the Eastern District of

North Carolina, REGINA PIPER, did operate a motor vehicle upon a

street, highway, or public vehicular area while under the influence

of an impairing substance and/or after having consumed sufficient

alcohol that she had, at a relevant time after driving, a blood

alcohol concentration of 0.08% or more; in violation of Title 18,

United States Code, Section 13, assimilating North Carolina General

Statute 20-138.1.

COUNT TWO

THAT, on or about January 11, 2007, on the Fort Bragg Military

Reservation, an area within the special maritime and territorial

jurisdiction of the United States and within the Eastern District of

North Carolina, REGINA PIPER, did fail to carry a registration card in

her vehicle at the time of its operation, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-57(c).

## COUNT THREE

THAT, on or about January 11, 2007, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, REGINA PIPER, did make a left turn or a semicircular or U-turn except through an opening provided for that purpose in the dividing curb, separation section, or line on said highways, in violation of Title 32, Code of Federal Regulation, Part 210, adopting North Carolina General Statute 20-140.3(2).

GEORGE E.B. HOLDING
UNITED STATES ATTORNEY

BY: _____
JOHN V. RODRIGUEZ
Special Assistant United States
    Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222