
FILED IN OPEN COURT
ON APR 1 0 2007
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:07-M-1167 / EC11

| | |
|---|---|
| UNITED STATES OF AMERICA | }<br>} DEFENDANT'S |
| vs | } MOTION TO CONTINUE<br>} (18 USC 3161(h)(8)) |
| Piper, Regina | } |

Pursuant to 18 USC 3161 (h)(8) and to Local Rule 4.11, the Defendant respectfully requests that the above-captioned case be continued from the present docket. In support of this motion, the Defendant sets forth the following:

1. I was unaware of the court day

2. This is the 1st continuance filed by the Defendant in the present case. The Special Assistant United States Attorney does/does not object to this motion.

3. I understand that if this motion is granted, I must next appear in court at 8:30 a.m. on the May 15, 2007 court docket, and that failure to appear may result in the issuance of an arrest warrant.

Submitted on: APR 1 0 2007

x Regina E Piper
Defendant or Attorney for the Defendant

**INITIAL DOCKET:**

The court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public in a speedy trial for the following reason(s):

[ ] Failure to do so would likely result in a **miscarriage of justice.**
[ ] The **unusual nature or complexity of the case** makes it unreasonable to expect the Defendant to adequately prepare for pretrial proceedings or trial within the time limits set forth in 18 USC 3161.
[ ] Failure to do so would deny the Defendant reasonable **time to obtain counsel;**
[ ] Failure to do so would unreasonably deny the Defendant **continuity of counsel;**
[ ] Failure to do so would deny the Defendant the reasonable **time necessary for effective preparation,** taking into account the exercise of due diligence.

Accordingly, the continuance is ALLOWED. The intervening time from _____ to _____ is excluded from speedy trial computation under 18 USC 3161.

APR 1 0 2007
Date

UNITED STATES MAGISTRATE JUDGE