# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Regina Piper                                      Docket No. 5:07-M-1167-1

### Petition for Action on Probation

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment of Regina Piper, who, upon a plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (level 4), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on May 15, 2007, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 48 hours of community service during the first 60 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender her North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant's term of probation is due to expire on May 14, 2008. The defendant has satisfied all conditions of probation except the required 20-hour DWI treatment course. She started the course on April 22, 2008, and should complete it in approximately 30 days. At this time, we are recommending that the period of probation be extended two (2) months to allow the defendant time to comply with all conditions imposed by the court.

The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

Regina Piper
Docket No. 5:07-M-1167-1
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 2 months from the expiration date of May 14, 2008, until July 14, 2008.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Robert L. Thornton | /s/Eddie J. Smith |
| Robert L. Thornton<br>Supervising U.S. Probation Officer | Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: April 23, 2008 |

### ORDER OF COURT

Considered and ordered this 25th day of April, 2008, and ordered filed and made a part of the records in the above case.

William A. Webb
U.S. Magistrate Judge