PROB 12C
32736

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

FILED
JUL -9 2008
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Sealed Petition for Summons For Offender Under Probation Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Regina Piper | Case Number: | 5:07-M-1167-1 |

Name of Sentencing Judge: Honorable William A. Webb
Date of Original Sentence: May 15, 2007
Original Offense: 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (level 4)
Original Sentence: 12 month term of probation
Type of Supervision: Probation           Supervision Started: 05/15/2007
Defense Attorney: Waived

### EARLIER COURT ACTION

04/25/2008    The term of probation was extended for 2 months until the expiration date of July 14, 2008, to allow the defendant additional time to complete the required 20-hour Driving While Impaired course.

### PETITIONING THE COURT

Violation 1 -    Failure to complete prescribed treatment program.

As of this date, the defendant has not completed any of the required 20 hours of treatment as prescribed by her Driving While Impaired assessment completed on November 1, 2007.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked.

This the 7th day of July, 2008.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Eddie J. Smith |
| Robert L. Thornton | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 7, 2008 |

THE COURT ORDERS:

☑ ORDER ISSUANCE OF A SUMMONS
☐ OTHER:

William A. Webb
U.S. Magistrate Judge

Case 5:07-mj-01167-WW   Document 6   Filed 07/09/08   Page 1 of 1