UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release Supervision
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Regina Piper | Case Number: | 5:07-M-1167-1 |
| Name of Sentencing Judge: | Honorable William A. Webb | | |
| Date of Original Sentence: | May 15, 2007 | | |
| Original Offense: | 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (level 4) | | |
| Original Sentence: | 12 month term of probation | | |
| Type of Supervision: | Probation | Supervision Started: | 05/15/2007 |
| Defense Attorney: | Waived | | |

### EARLIER COURT ACTION

04/25/2008     The term of probation was extended for 2 months until the expiration date of July 14, 2008, to allow the defendant additional time to complete the required 20-hour Driving While Impaired course.

07/09/2008     A Petition for Summons was filed.

### PETITIONING THE COURT

Violation 1 - <u>Failure to complete prescribed treatment program.</u>

As of this date, the defendant has not completed any of the required 20 hours of treatment as prescribed by her Driving While Impaired assessment completed on November 1, 2007.

Violation 2- <u>The offender has absconded from supervision.</u>

The defendant has absconded supervision in that she has moved to an unknown location and is making herself unavailable for supervision. The last physical contact with Piper by the probation officer was on June 8, 2008. Since that date, the probation officer has made numerous attempts to make contact with the defendant with no success. On July 27, 2008, the probation officer spoke with the defendant's landlord who reported that Piper moved from her residence on or about July 1, 2008. The defendant has left the probation officer several messages recently during non-business hours reporting she was going to report for an appointment. As of this date, she has not reported, nor has she provided the probation officer of her current whereabouts.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked.

This the 11th day of August, 2008.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/Eddie J. Smith |
| Robert L. Thornton | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: August 11, 2008 |

**SCANNED**

PIPER, Regina
SEALED MOTION FOR REVOCATION
Page 2

================================================================

THE COURT ORDERS:

☐ ISSUANCE OF A WARRANT. For compelling reasons, this petition and the warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

_____
William A. Webb
U.S. Magistrate Judge