# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
### Docket No. 5:07-M-1167-1

| | |
|---|---|
| United States Of America ) | |
| ) | **ORDER MODIFYING AND** |
| vs. ) | |
| ) | **CONTINUING SUPERVISION** |
| Regina Piper ) | |

On this the 4th day of September, 2009, comes Scott Plaster, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Regina Piper appeared before the Honorable William A. Webb, U.S. Magistrate Judge, on May 15, 2007, and pursuant to an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (level 4), was sentenced to a 12-month term of probation. On April 25, 2008, the term of probation was extended for 2 months to the new expiration date of July 14, 2009. On July 9, 2008, a summons was issued in this case thus tolling supervision. On August 12, 2008, a warrant for arrest was issued.

From evidence presented, the court finds as a fact that Regina Piper, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to complete prescribed treatment program.
2. The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. That the term of supervision be extended for 6 months until March 4, 2010.

2. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

3. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 14 days, as arranged by the probation officer, and shall abide by all rules and regulations of the designated facility.

4. The defendant shall complete the prescribed Driving While Impaired treatment program.

Regina Piper
Docket No. 5:07-M-1167-1
Order Modifying and Continuing Supervision
Page 2

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 4th day of September, 2009.

_____
James E. Gates
U.S. Magistrate Judge